UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| ELLIS C. STAFFORD, | ) | 1:06-CV-01518 JMD HC |
| | ) | |
| Petitioner, | ) | ORDER TO SHOW CAUSE WHY PETITION |
| | ) | SHOULD NOT BE DISMISSED |
| v. | ) | |
| | ) | |
| JEANNE WOODFORD, | ) | |
| | ) | |
| Respondent. | ) | |
| _____ | ) | |

    Petitioner Ellis C. Stafford ("Petitioner") is a State prisoner proceeding *in propria persona* with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.

    On March 20, 2009, Respondent submitted a memorandum to the Court, informing the Court that Petitioner was currently incarcerated at Wasco State Prison in Wasco, California. (Court Doc. 16). Petitioner's current address was listed as California Men's Colony-West in San Luis Obispo, California. (Court. Doc. 1).

    The Court's order reassigning the case to the undersigned, dated March 17, 2009, was returned as undeliverable by the U.S. Postal Service on March 24, 2009. The order had been sent to Petitioner's address in San Luis Obispo.

    After waiting sixty days for Petitioner to update his current address, the Court ordered the Clerk of Court to change Petitioner's address to reflect the information contained in Respondent's memorandum. The Court further ordered that the March 17, 2009 order be re-serviced to Petitioner's new address. These documents were returned to the Court as undeliverable on June 19,

2009.

Pursuant to Local Rule 83-183(b), a party appearing *in propria persona* is required to keep the Court apprised of his or her current address at all times. Local Rule 83-183(b) provides, in pertinent part that, "[i]f mail directed to a plaintiff *in propria persona* by the Clerk is returned by the U.S. Postal Service, and if such Petitioner fails to notify the Court and opposing parties within sixty (60) days thereafter of a current address, the Court may dismiss the action without prejudice for failure to prosecute." In the instant case, more than sixty days have passed since Petitioner's mail was returned and *he* has not notified the Court of a current address.

### ORDER

Accordingly, Petitioner is ORDERED TO SHOW CAUSE why the petition should not be dismissed for Petitioner's failure to apprise the Court of his current address within thirty (30) days of the date of service of this order.

Petitioner is forewarned that failure to follow this order will result in dismissal of the petition pursuant to Local Rule 11-110.

IT IS SO ORDERED.

**Dated:   June 22, 2009**              **/s/ John M. Dixon**
                                         UNITED STATES MAGISTRATE JUDGE